STATE OF NEW JERSEY v. JOSEPH COLLINS.

May 6, 1986.

Petition for certification denied.

FRED GOTTLOB, ET UX.

v.

NORMA A. LOPEZ.

May 6, 1986.

Petition for certification denied.   (See 205 *N.J.Super.* 417)